STATE of Missouri, Respondent,

v.

Weston R. SIMS, Appellant.

No. WD33578.

Missouri Court of Appeals,
Western District.

Feb. 22, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

Joe F. Willerth, Cochran, Kramer, Kapke & Willerth, Independence, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from denial of motion under Rule 29.07 to withdraw plea of guilty.

Appeal dismissed. Rule 30.25(b).